# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA DREYER and JEFFREY DREYER, <br><br> Plaintiffs, <br><br> vs. <br><br> TARGET CORPORATION and DOES 1 to 15, <br><br> Defendants. | CASE NO. 8:17-cv-01119-DFM <br><br> **ORDER APPROVING STIPULATED ORDER GOVERNING THE DESIGNATION AND HANDLING OF CONFIDENTIAL MATERIALS** |

On or about December 18, 2017, the parties to the within action submitted a proposed Stipulated Order Governing the Designation and Handling of Confidential Materials ("Confidentiality Order"), which is intended to protect material disclosed in the course of the above-captioned lawsuit ("Lawsuit") that constitutes or contains trade secrets or other confidential research, development, proprietary or commercial information of the parties ("Confidential Material").

Having considered the Stipulation between Plaintiffs CYNTHIA DREYER and JEFFREY DREYER and Defendant TARGET CORPORATION, and good cause appearing:

1   IT IS HEREBY ORDERED that the proposed CONFIDENTIALITY
2  ORDER is approved.

4  Dated:  December 20, 2017         _____
                                     Honorable Douglas F. McCormick
                                     Magistrate Judge of the U.S. District Court

**ORDER APPROVING STIPULATED ORDER GOVERNING THE DESIGNATION AND HANDLING OF CONFIDENTIAL MATERIALS**